

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516)334-4500   FAX (516)334-4501   WWW.SOKOLOFFSTERN.COM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/13/2020__
```

ADAM I. KLEINBERG
AKLEINBERG@SOKOLOFFSTERN.COM

February 12, 2020

**Via ECF**

Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Application to adjourn the Initial Pretrial Conference GRANTED. The Initial Pretrial Conference is reset for April 1, 2020 at 2:30 p.m.*

*Date: 2/13/2020*

LEWIS J. LIMAN
United States District Judge

Re: *Girotto v. Sho Riki, Inc. et al*
    Docket No.    19-cv-07793 (LJL)
    File No.    190118-P

Your Honor:

    This firm represents defendant SKMJ 45th Street LLC in the above-referenced matter. We write to request an adjournment of the February 25, 2020 initial conference. Plaintiff's counsel and co-defendant's counsel have graciously consented to this request. This is our first request for an adjournment of the conference.

    I request the adjournment as I have depositions scheduled that day. The depositions were previously rescheduled and would be a problem to reschedule again.

    I have conferred with counsel about their availability and all counsel are available on March 27, April 1, and April 2, 2020.

    Thank you for your consideration of this matter.

    Respectfully submitted,

    SOKOLOFF STERN LLP

    ADAM I. KLEINBERG

cc: All Counsel of Record (via ECF)